IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SYLVIA YVONNE McNEAL,      ) | |
| an individual,             ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | CIVIL ACTION NO. |
|     v.                     ) | 2:09cv758-MHT |
|                            ) | (WO) |
| KURT CHRISTIAN WORKMASTER, ) | |
| an individual,             ) | |
|                            ) | |
|     Defendant.             ) | |

ORDER

This lawsuit is before the court on plaintiff Sylvia McNeal's motion to remand this case to the Circuit Court of Barbour County, Alabama. After carefully considering the record in this case, including the parties' oral arguments and briefs on the motion, the court has concluded that it needs more evidence to determine McNeal's citizenship on the date she filed the complaint in this lawsuit. For this reason, and with the agreement of the parties, it is ORDERED that:

(1) An evidentiary hearing is set for November 19, 2009, at 2:00 p.m., at which time the court will take testimony from plaintiff Sylvia McNeal.

(2) Counsel for the parties are to arrange for the hearing to be conducted by telephone.

DONE, this 10th day of November, 2009.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**